FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 25 2008

GREGORY C. LANGHAM
                    CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01715-BNB

THE HIGHER NATURE OF ROBERT MICHAEL SHAGOURY, PROJECT INRI,

Plaintiff,

v.

THE LOWER NATURE OF THE UNITED STATES OF AMERICA, and
THE STATE OF COLORADO,

Defendants.

## ORDER OF DISMISSAL

Robert Michael Shagoury initiated this action by filing *pro se* a complaint. In an order filed on August 13, 2008, Magistrate Judge Craig B. Shaffer directed the clerk of the Court to commence a civil action and directed Mr. Shagoury to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Shaffer ordered Mr. Shagoury to file a complaint on the proper form and either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Shagoury was warned that the complaint and the action would be dismissed without further notice if he failed to cure the deficiency within thirty days.

On August 18, 2008, the copy of Magistrate Judge Shaffer's August 13 order that was mailed to Mr. Shagoury was returned to the Court undelivered. The returned envelope is stamped "RETURNED TO SENDER" and the reason checked for nondelivery is "Attempted, Not Known." Mr. Shagoury has not filed a notice of change of address in this action.

Pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, a party must file a notice of new address and telephone number within ten days of any change of address or telephone number. Mr. Shagoury has failed to comply with the Court's local rules and, as a result, he has failed to cure the deficiencies in this action. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 24 day of Sept., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01715-BNB

Robert M. Shagoury
PO Box 518
Cascade, CO 80809

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/25/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk